IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CR-00298-RJC-DSC

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| QUINBY BOYD | ) |
| | ) |

**THIS MATTER** is before the Court upon motion of the defendant pro se to reconsider the denial of his motion for a sentence reduction. (Doc. No. 95).

The United States Court of Appeals for the Fourth Circuit has ruled that neither the federal statutes nor the Rules of Criminal Procedure authorize a motion for reconsideration in a criminal case. <u>United States v. Breit</u>, 754 F.2d 526, 530 (4th Cir. 1985) ("[D]efendant's remedies are limited by the statutes and Federal Rules of Criminal and Appellate Procedure . . ."). Accordingly, a defendant must file a notice of appeal within 14 days after the entry of the order being appealed. Fed. R. App. P. 4(b)(1)(A)(i).

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 95), is **DISMISSED**.

The Clerk is directed to certify copies of this Order to the defendant and the United States Attorney.

Signed: October 7, 2021

Robert J. Conrad, Jr.
United States District Judge