IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CR-00298-RJC-DSC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| QUINBY BOYD | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the defendant's pro se letter again requesting a sentence reduction under 18 U.S.C. § 3582(c)(1)(A). (Doc. No. 106).

The Court denied the defendant's previous motion, (Doc. No. 79), and motion for reconsideration, (Doc. No. 95), which raised similar issues, (Doc. No. 92, 96: Orders). Those decisions were affirmed on appeal. (Doc. No. 101: Opinion). The information in the instant motion is insufficient overcome the Court's previous findings that he failed to establish extraordinary and compelling reasons to reduce his sentence and to show that he would not pose danger to the community upon his release.

**IT IS, THEREFORE, ORDERED** that the defendant's request, (Doc. No. 106), is **DENIED**.

The Clerk is directed to certify copies of this Order to the defendant and the United States Attorney.

Signed: April 24, 2023

Robert J. Conrad, Jr.
United States District Judge