IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CR-00298-RJC-DSC

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| QUINBY BOYD | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant for compassionate release. (Doc. No. 110). However, the President granted him executive clemency, terminating his sentence of confinement as of December 22, 2024. (Doc. No. 112).

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 110), is **DISMISSED as moot**.

The Clerk is directed to certify copies of this Order to the defendant and the United States Attorney.

Signed: January 6, 2025

Robert J. Conrad, Jr.
United States District Judge